PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA LEIGH THOMAS-ORTEGA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:23-cv-00715-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and subject to this Court's approval, that Defendant's time to respond to Plaintiff's Complaint be extended thirty (30) days from July 10, 2023, to August 9, 2023. This is the first extension request of the parties. Counsel apologizes to the Court for any inconvenience caused by this delay and sets forth good cause in the attached Declaration. All other dates in the

1  Court's Scheduling Order shall be extended accordingly.

2      Respectfully submitted July 7, 2023.

3                                Law Offices of Francesco Benavides

4                    By:   */s/ Francesco Benavides*
5                            FRANCESCO P. BENAVIDES
                            Attorney for Plaintiff
6                              (*as authorized by email)

7

8                              PHILLIP A. TALBERT
                            United States Attorney

9
                  By:   *s/ Oscar Gonzalez de Llano*
10                           OSCAR GONZALEZ DE LLANO
                            Special Assistant United States Attorney
11
                            Attorneys for Defendant
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Pursuant to Defendant's Stipulation and good cause appearing, Plaintiff shall have an extension, up to and including August 9, 2023, to file a response to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: __**July 10, 2023**__             ____/s/ *Barbara A. McAuliffe*____
                                          UNITED STATES MAGISTRATE JUDGE