PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7,
ANGELA THORNTON-MILLARD, IA 17722
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (816) 936-5079
angela.thornton-millard@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| JANNA LEIGH THOMAS-ORTEGA, | )    CIVIL NO. 1:23-cv-00715-BAM |
|     Plaintiff, | ) |
| | )  **STIPULATION TO VOLUNTARY** |
|     v. | )  **REMAND PURSUANT TO SENTENCE** |
| | )  **FOUR OF 42 U.S.C. § 405(g) AND TO** |
| KILOLO KIJAKAZI, | )  **ENTRY OF JUDGMENT; [PROPOSED]** |
| Commissioner of Social Security, | )  **ORDER** |
| | ) |
|     Defendant. | ) |
| | ) |
| _____ | ) |

      IT IS STIPULATED by and between Plaintiff Janna Leigh Thomas-Ortega ("Plaintiff")

and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through

their undersigned counsel of record, that the above-entitled action shall be remanded to the

Commissioner of Social Security for further administrative proceedings. [1]

---

[1] The parties consented to have a United States Magistrate Judge conduct all proceedings in this
case, including entry of final judgment, pursuant to 28 U.S.C. § 636(c).  (Doc. 10.)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  September 11, 2021                    LAW OFFICES OF FRANCESCO BENAVIDES

*/s/  Francesco P. Benavides*\*
FRANCESCO P. BENAVIDES
Attorney for Plaintiff
\*Authorized via e-mail on September 8, 2021

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:        */s/  Angela Thornton-Millard*
ANGELA THORNTON-MILLARD
Special Assistant U.S. Attorney
Attorneys for Defendant

STIPULATION TO REMAND

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).  The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   __September 12, 2023__          ____/s/ *Barbara A. McAuliffe*____
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND